UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 13-51857-mhm |
| AMINUR RAHMAN, | Chapter 7 |
| Debtor. | |

---

| | |
|---|---|
| BUTLER CAPITAL CORPORATION, | |
| Plaintiff, | Adversary Proceeding |
| v. | No. 13-5175 |
| AMINUR RAHMAN, | |
| Defendant. | |

### PLAINTIFF'S DIMISSAL OF COMPLAINT WITH PREJUDICE

Comes now Butler Capital Corporation, the plaintiff in the above-styled adversary proceeding, and, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41, dismisses its complaint with prejudice.

Respectfully submitted this 10th day of July, 2013.

DEBAUN & ASSOCIATES, P.C.
Attorney for Plaintiff

By: _____
Stephen H. DeBaun
State Bar No. 215250

3758 LaVista Road
Suite 100
Tucker, Georgia 30084
(404) 248-9330
(404) 248-9335(facsimile)
debaun@bellsouth.net

### Certificate of Service

This is to certify that I have this day served the foregoing **PLAINTIFF'S DIMISSAL OF COMPLAINT WITH PREJUDICE** upon the Debtor's Attorney of Record and upon Debtor by depositing a copy of the same in the United States Mail, in properly addressed envelopes with adequate postage thereon, addressed to:

> W. Douglas Jacobson, Esq.
> Cummings and Kelley PC
> P.O. Box 2758
> Gainesville, GA 30503-2758
>
> and
>
> Mr. Aminur Rahman
> 3350 Sweetwater Road, Apt. 924
> Lawrenceville, GA 30044

This __10th__ day of __July__, 2013

DEBAUN & ASSOCIATES, P.C.
Attorney for Plaintiff

By: _____
Stephen H. DeBaun
State Bar No. 215250

3758 LaVista Road
Suite 100
Tucker, Georgia 30084
(404) 248-9330
(404) 248-9335(facsimile)
debaun@bellsouth.net